IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| P. P. R., | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Case No. 5:21-cv-319-CHW |
| | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | Social Security Appeal |
| | : | |
| **Defendant.** | : | |
| | : | |

## ORDER

In response to Plaintiff's arguments, the Commissioner acknowledges that a remand is warranted in this social security appeal. The Commissioner's motion for a remand (Doc. 11) is hereby **GRANTED**. The Court **REMANDS** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g).[1] *See Shalala v. Schafer*, 509 U.S. 292, 296–97 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 98 (1991). On remand, the Commissioner will reevaluate the evidence and issue a new decision.

**SO ORDERED**, this 18th day of March, 2022.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge

---

[1] Sentence four of § 405(g) provides: "The court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g).