IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| P.P.R., | : | |
| **Plaintiff,** | : | |
| v. | : | No. 5:21-cv-00319-CHW |
| COMMISSIONER OF SOCIAL SECURITY, | : | Social Security Appeal |
| **Defendant.** | : | |

## ORDER

Before the Court is Plaintiff's motion for an award of attorney's fees for work hours completed pursuant to the Equal Access to Justice Act ("EAJA"). 28 U.S.C. § 2412. (Doc. 15). The Government did not file a response to Plaintiff's motion, which the Court now construes as unopposed. The hourly fees and description of completed work on the "schedule of hours" appear to be appropriate and to comport with the Court's formula established in *Hartage v. Astrue*, No. 4:09-cv-48, 2011 WL 1123401 (M.D. Ga. 2011). Therefore, Plaintiff's motion is **GRANTED**, and it is hereby **ORDERED** that Plaintiff is awarded **$2,806.26** in attorney's fees under EAJA. This award should be made payable to Plaintiff directly. *Astrue v. Ratliff*, 560 U.S. 586, 589 (2010). It is further **ORDERED** that Plaintiff be reimbursed $402.00 for costs incurred in filing this action.

**SO ORDERED**, this 1st day of August, 2022.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge