IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| PATRICIA PEAVY ROYAL, | * |
| Plaintiff, | * |
| v. | Case No. 5:21-cv-00319-CHW |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to the Order of this Court filed August 1, 2022, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $2,806.26, and costs in the amount of $402.00.

This 1st day of August, 2022.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk